# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3988

_____

Richard J. Wollenberg, III,          *
                                       *

        Appellant,             *

                                       *   Appeal from the United States
     v.                     *   District Court for the
                                       *   District of Minnesota.

John E. Potter, Postmaster General,   *
United States Postal Service,       *   [UNPUBLISHED]
                                       *

        Appellee.            *

_____

Submitted: March 7, 2008
Filed: March 17, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Richard J. Wollenberg, III, appeals the district court's[1] adverse grant of summary judgment in his Title VII discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Wollenberg, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

    [1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.